UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IDREAMSKY TECHNOLOGY LIMITED SECURITIES LITIGATION | No. 15-cv-2514 (JPO)<br><br><u>CLASS ACTION</u><br><br>**<u>NOTICE OF MOTION</u>** |

PLEASE TAKE NOTICE that, based upon the Declaration of Jacob Goldberg, together with all exhibits thereto, including but not limited to the Stipulation and Agreement of Settlement, dated November 28, 2017, and all exhibits thereto, and the accompanying memorandum of law in support, and all papers and proceedings herein, lead plaintiff Melvyn Boey Kum Hoong ("Lead Plaintiff"), individually and on behalf of the proposed settlement class, and additional plaintiffs Jets Holdings, LLC, Masoud Shemirani, Michael Rubin, and Roger Mariani (collectively with Lead Plaintiff, "Plaintiffs") will move this Court, before the Honorable J. Paul Oetken, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an Order:

(a) preliminarily approving the settlement they have reached with defendants IDreamSky Technology Limited, Credit Suisse Securities (USA) LLC), J.P. Morgan Securities LLC), Stifel, Nicolaus & Co., Inc., and Piper Jaffray & Co. (collectively, "Defendants");

(b) certifying a class for settlement purposes only, appointing Lead Plaintiff as the class representative, and appointing The Rosen Law Firm, P.A. and Glancy Prongay & Murray LLP as co-class counsel;

(c) approving the parties' proposed form and method of giving settlement class members notice of the action and proposed settlement; and

(d) setting a hearing on whether the Court should grant final approval of the settlement, dismiss claims against the Defendants, approve the release of claims against all released parties, enter judgment, and award attorneys' fees and expenses to co-lead counsel.

Dated:  December 12, 2017                                   Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: *Jacob A. Goldberg*
Jacob A. Goldberg
Keith R. Lorenze
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
T: (205) 600-2817
F: (212) 202-3827
jgoldberg@rosenlegal.com
klorenze@rosenlegal.com

**GLANCY PRONGAY
        & MURRAY LLP**
Joshua L. Crowell
Joseph Cohen
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
T: (310) 201-9150
F: (310) 432-1495
jcrowell@glancylaw.com
jcohen@glancylaw.com

*Co-Lead Counsel for Plaintiffs*