UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE IDREAMSKY TECHNOLOGY LIMITED SECURITIES LITIGATION | No. 15-cv-2514 (JPO)<br><br>**CLASS ACTION** |

**DECLARATION OF JACOB A. GOLDBERG IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

I, Jacob A. Goldberg, declare as follows:

1. I am a partner at The Rosen Law Firm, court appointed Co-Lead Counsel in the action. I respectfully submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement.

2. Annexed hereto are true and correct copies of the following documents:

Exhibit 1:   Stipulation and Agreement of Settlement, dated November 28, 2017

    Exhibit A:   [Proposed] Order Preliminarily Approving Settlement

    Exhibit B:   Notice of Pendency and Proposed Settlement of Class Action; Motion for Attorneys' Fees and Expenses; and Settlement Fairness Hearing

    Exhibit C:   Summary Notice of Pendency and Proposed Settlement of Class Action; Motion for an Award of Attorneys' Fees and Expenses; and Settlement Fairness Hearing

    Exhibit D:   Proof of Claim

    Exhibit E:   [Proposed] Final Judgment Approving Class Action Settlement

Exhibit 2:   Firm résumé of The Rosen Firm, P.A.

Exhibit 3:   Firm résumé of Glancy Prongay & Murray LLP

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed this 12th day of December, 2017 at New York, New York.

*/s/ Jacob A. Goldberg*
Jacob A. Goldberg