UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: IDREAMSKY TECHNOLOGY LIMITED SECURITIES LITIGATION | Civ. Action No. : 15-cv-2514 (JPO) |

**NOTICE OF (I) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND FINAL CERTIFICATION OF SETTLEMENT CLASS, AND (II) CO-LEAD COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF <u>EXPENSES, AND REIMBURSEMENT AWARD TO PLAINTIFFS</u>**

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Preliminarily Approving Settlement dated December 14, 2017, Court-appointed Lead Plaintiff, Melvyn Boey Kim Hoong, and additional named plaintiffs Jets Holdings, LLC, Masoud Shemirani, Michael Rubin, and Roger Mariani, on behalf of themselves and the Settlement Class, will and hereby do move this Court, before the Honorable James Paul Oetken, on April 3, 2018 at 4:00 p.m., in Courtroom 706 of the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, or at such other location and time as set by the Court, for entry of an Order and Final Judgment approving the Settlement as fair, reasonable, and adequate; approving the proposed Plan of Allocation as fair and reasonable; approving an award of attorneys' fees and reimbursement of expenses; and approving a reimbursement award to Plaintiffs.

The grounds in support of this Motion are set forth fully in the Memorandum of Law In Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation and Final Certification of Settlement Class; the Memorandum of Law In Support of Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and an Award to Lead Plaintiff; and the Joint Declaration of Joshua L. Crowell and Jacob Goldberg In Support of (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and Final Certification of Settlement Class, and (II) Co-Lead Counsel's Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Reimbursement Award to Plaintiffs.

The Proposed Final Judgment and Order granting the requested relief is submitted herewith.

1

2

DATED: New York, New York
February 27, 2018

**GLANCY PRONGAY & MURRAY LLP**

By: /s/ Joshua L. Crowell
Joshua L. Crowell (JC-0914)
1925 Century Park East, Suite 2100
Los Angeles, Californi 90067
(310) 201-9150
jcrowell@glancylaw.com

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen
Philip Kim
275 Madison Avenue, 34th Floor
New York, New York 10016
(212) 686-1060
lrosen@rosenlegal.com
pkim@rosenlegal.com

Jacob Goldberg
Keith R. Lorenze
101 Greenwood Avenue, Suite 440
Jenkintown, Pennsylvania 19046
(215) 600-2817
jgoldberg@rosenlegal.com
klorenze@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

**WEISSLAW, LLP**
Joseph H. Weiss
Mark D. Smilow
1500 Broadway
New York, New York 10036
(212) 682-3025
(212) 682-3010

*Additional Counsel for the Class*

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On February 27, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 27, 2018.

*s/ Joshua L. Crowell*
Joshua L. Crowell

# Mailing Information for a Case 1:15-cv-02514-JPO "In re: IDreamSky Technology Limited Securities Litigation"

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam M. Apton**
  aapton@zlk.com

- **Dov Berger**
  dab@gdblaw.com

- **Joshua Lon Crowell**
  jcrowell@glancylaw.com

- **Patrick Vincent Dahlstrom**
  pdahlstrom@pomlaw.com

- **Robert Alexander Fumerton**
  robert.fumerton@skadden.com

- **Lionel Z. Glancy**
  lglancy@glancylaw.com,csadler@glancylaw.com,pbinkow@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Jacob A Goldberg**
  jgoldberg@rosenlegal.com,etexidor@rosenlegal.com

- **Peter Eric Kazanoff**
  pkazanoff@stblaw.com,managingclerk@stblaw.com

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Thomas Livezey Laughlin , IV**
  tlaughlin@scott-scott.com,gjohnson@scott-scott.com,sjacobsen@scott-scott.com,ichilaia@scott-scott.com,efile@scott-scott.com,aslaughter@scott-scott.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,jsnematzadeh@pomlaw.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com

- **Keith Robert Lorenze**
  klorenze@rosenlegal.com,etexidor@rosenlegal.com

- **Scott D. Musoff**
  smusoff@skadden.com,emma.gardner@skadden.com

- **Sarah Emily Phillips**
  sarah.phillips@stblaw.com,managingclerk@stblaw.com

- **Lesley Frank Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,echang@glancylaw.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com

- **Casey Edwards Sadler**
  csadler@glancylaw.com,info@glancylaw.com

- **Mark David Smilow**
  msmilow@weisslawllp.com,joshua-rubin-1257@ecf.pacerpro.com

- **Joseph Harry Weiss**
  jweiss@weisslawllp.com,infony@weisslawllp.com,joshua-rubin-1257@ecf.pacerpro.com,exec@weisslawllp.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`